# US Exhibit 1

Answers to DOJ Interrogatory # 7 for Randy Hames

Tenant Listing:

2009

| | | |
|---|---|---|
| Johnny Hickman and Michael McLeod | Lot 1 | 670 County Rd. 248 Cullman, AL 35057 |
| Brandie and Michael Sweaza | Lot 1 & 4B | 670 County Rd. 248 Cullman, AL 35057 |
| Tommy and Diane Luna | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Tad Snider, Ashley Lowery, Jerri Snider | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Malana Finley and Ashely Bailey | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Leon Garmon and Callie Garmon | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Terry and Barbara Martin | Lot 4B | 670 County Rd. 248 Cullman, Al 35057 |
| Timothy and Dianne Northcott | Lot 4B | 670 County Rd. 248 Cullman, Al 35057 |
| David McAnnally | Lot 5 | 670 County Rd. 248 Cullman, Al 35057 |
| Steve Self and Candice Wilson | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Daniel Austin | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Jennings | Lot 7 | 670 County Rd. 248 Cullman, Al 35057 |
| Kenneth Guthrie and Tiffany Lawrence | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Darryl Simmons and Renee Smith | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Shannon Garmon and Ray Valdez | Lot 9 & 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Javon Young | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| JW Shaner | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Honey Pannell | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Betty Driskell | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Charley Workman | Lot 14 | 670 County Rd. 248 Cullman, Al 35057 |
| Richard Valdez and Vicky Christenberry | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| George and Bridget Boyd | Lot 16A | 670 County Rd. 248 Cullman, Al 35057 |

|  | 2010 |  |
|---|---|---|
| Drennon Cornelious and Laynett Nesmith | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Greg Underwood | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Brandie Sweaza | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Chris and Holly Story | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Tommy and Dianne Luna | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| A.R. Shaner | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |
| J▇ A▇ | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Thomas Freeman and Lucy Hart | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Kayla Lee and Christopher Reid | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Robin St. Pierie | Lot 4A & 4B | 670 County Rd. 248 Cullman, Al 35057 |
| Virginia Stafford | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Tammy Wright | Lot 4B | 670 County Rd. 248 Cullman, Al 35057 |
| Timothy and Dianne Northcott | Lot 4B | 670 County Rd. 248 Cullman, Al 35057 |
| David McAnnally | Lot 5 | 670 County Rd. 248 Cullman, Al 35057 |
| Charles Freeman and Laynett Nesmith | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Julia Anderson | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Root | Lot 6 & 14 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Jennings | Lot 7 | 670 County Rd. 248 Cullman, Al 35057 |
| Linda Patrick | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Shannon Garmon and Ray Valdez | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Mark Nobinger and Crystal McGhee | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Javon Young | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| JW Shaner | Lot 11 & 13 | 670 County Rd. 248 Cullman, Al 35057 |
| Lee Barnett and Dangsue Watson | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Betty Driskell | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Christopher and Tonya W▇ | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| George and Bridget Boyd | Lot 16A | 670 County Rd. 248 Cullman, Al 35057 |
| Lynn Wingo |  | 2104 County Rd. 223 Cullman, AL 35057 |

2011

| Name | Lot | Address |
|---|---|---|
| Christ and Holly Story | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Tommy and Dianne Luna | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Virgina Stafford | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| Tammy Wright | Lot 4B | 670 County Rd. 248 Cullman, Al 35057 |
| David McNannally | Lot 5 | 670 County Rd. 248 Cullman, Al 35057 |
| J▮ A▮ | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Jennings | Lot 7 | 670 County Rd. 248 Cullman, Al 35057 |
| Linda Patrick | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Mark Nobinger and Crystal McGhee | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Javon Young | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Jason Hemming | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Dansque Watson | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| JW Shaner | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Betty Driskell | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Leigh Fellner | Lot 13 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Root | Lot 14 | 670 County Rd. 248 Cullman, Al 35057 |
| Christopher and Tonya Walbach | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| George and Bridget Boyd | Lot 16A | 670 County Rd. 248 Cullman, Al 35057 |
| Lynn Wingo | | 2104 County Rd. 223 Cullman, AL 35057 |

|  | 2012 |  |
|---|---|---|
| Joshua Sharp and Candice Boyd | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Travis and Paula Jones | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Tommy and Diane Luna | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Mike Hine | Lot 4A | 670 County Rd. 248 Cullman, Al 35057 |
| David McNannally | Lot 5 | 670 County Rd. 248 Cullman, Al 35057 |
| Renae Payne | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Jennings | Lot 7 | 670 County Rd. 248 Cullman, Al 35057 |
| Ethan Goodwin | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Dale Blue | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| M▮ W▮ | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Javon Young | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| JW Shaner | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Jason Hemming | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Lee Barnett | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Dansque Watson | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Betty Driskell | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Leigh Fellner | Lot 13 | 670 County Rd. 248 Cullman, Al 35057 |
| Andrew Moore | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| Dustin Greenway | Lot 15 & 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Chris Churchill | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| Jason Hemming | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| George and Bridget Boyd | Lot 16A | 670 County Rd. 248 Cullman, Al 35057 |

|  | 2013 |  |
|---|---|---|
| Danny Sartin and Kristie Crook | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Tommy and Dianne Luna | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Ryan and Autumn Seaman | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Susan Jordan | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |
| James Michael Barr | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |
| David McNannally | Lot 5 | 670 County Rd. 248 Cullman, Al 35057 |
| Renae Payne | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| C███ l B███ | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Jennings | Lot 7 | 670 County Rd. 248 Cullman, Al 35057 |
| Ethan Goodwin | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| M███ W███ | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Tim and Paula Tucker | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Javon Young | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Jamie R███ s (R███) | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Jason Dobbs and Penny Putman | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Leigh Fellner | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Dustin Greenway | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Leigh Fellner | Lot 13 | 670 County Rd. 248 Cullman, Al 35057 |
| Chris Churchill | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| Jason Hemming | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| George and Bridget Boyd | Lot 16A | 670 County Rd. 248 Cullman, Al 35057 |

|  | 2014 |  |
|---|---|---|
| Danny Sartin and Kristie Crook | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Jeremy Hedrick | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Ryan and Autumn Seaman | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Rob and Autumn (Seaman) Hansen | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| James Michael Barr | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |
| David McNannally | Lot 5 | 670 County Rd. 248 Cullman, Al 35057 |
| C▮ B▮ | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Mary Stewart and Juan Mendoza | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Ken Jennings | Lot 7 & 15 | 670 County Rd. 248 Cullman, Al 35057 |
| Ethan Goodwin | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Keith and Elizabeth Alexander | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Shannon Haney and Dale Blue | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Nathan Smith | Lot 9 | 670 County Rd. 248 Cullman, Al 35057 |
| Lindsey Hayes and Tim Turner | Lot 4B &9 | 670 County Rd. 248 Cullman, Al 35057 |
| Chris Heatherly and Brandy Berry | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Brian Tortorici | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Jeremy Helms and Kayla Thomas | Lot 12 | 670 County Rd. 248 Cullman, Al 35057 |
| Leigh Fellner | Lot 13 | 670 County Rd. 248 Cullman, Al 35057 |
| Josh Coleman and Tasha Dobson | Lot 15 | 670 County Rd. 248 Cullman, Al 35057 |
| Eric Speegle and Cheslie Henson |  | 125 County Rd. 247 Cullman, Al 35057 |

|  | 2015 |  |
|---|---|---|
| Jeremy Hedrick | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Brian Howse | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Rob and Autumn Hansen | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| A▇▇ S▇▇ and Krandel Agee | Lot 4B | 670 County Rd. 248 Cullman, Al 35057 |
| Mary Stewart and Juan Mendoza | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Brittany Michelle Price &Kayla Marie Fuller | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Brian Pate | Lot 7 | 670 County Rd. 248 Cullman, Al 35057 |
| B▇▇ L▇▇ and Matt Morrison | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Angela Russell | Lot 8 | 670 County Rd. 248 Cullman, Al 35057 |
| Jeremy Helms and Kayla Thomas | Lot 10 | 670 County Rd. 248 Cullman, Al 35057 |
| Brian Tortorici | Lot 11 | 670 County Rd. 248 Cullman, Al 35057 |
| Leigh Fellner | Lot 13 | 670 County Rd. 248 Cullman, Al 35057 |

|  | 2016 |  |
| --- | --- | --- |
| Brian Howse | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Anthony Compton and Stephanie Sanderson | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Rob and Autumn Hansen | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Kellie Chad Curtis | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |
| Dewy Kimbrell Jr | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |
| Breanna Sansing | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |
| Brittany Frelich (Bear) | Lot 6 | 670 County Rd. 248 Cullman, Al 35057 |

|  | 2017 |  |
|---|---|---|
| Anthony Compton and Stephanie Sanderson | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Rob and Autumn Hansen | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Jerry Phillips | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |

|  | 2018 |  |  |
|---|---|---|---|
| Jarrett White and Chrissa O'Leary | Lot 1 | 670 County Rd. 248 Cullman, Al 35057 |
| Rob and Autumn Hansen | Lot 2 | 670 County Rd. 248 Cullman, Al 35057 |
| Jerry Phillips | Lot 3 | 670 County Rd. 248 Cullman, Al 35057 |