# US Exhibit 3

**HAMES MARINA**
**850 COUNTY ROAD 248**
**CULLMAN, ALABAMA 35057**
**256-739-7191**

**RANDY A. HAMES**

**PHONE (256) 739-7191**
**FAX     (256) 739-7011**

Date 5-9-15

▇▇▇▇▇▇▇▇▇▇

Lot #8

### NOTICE TO VACATE

Dear ▇▇▇▇▇▇

Please be advised that your proprietary interest in the Mobile Home and property at lot # 8 at Hames Marina and Mobile Home Park has been terminated due to your making a false report to law enforcement, and failure to pay lot rent as agreed. Please vacate and remove all of your personal property from lot # 8 to avoid legal action.

Sincerely,

Randy Hames   *Randy Hames* (signature)