FILED
2021 Apr-30 PM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# US Exhibit 2



# CULLMAN POLICE DEPARTMENT

Law Report for Incident 1505C0318

| | |
|---|---|
| Nature: HARASSMENT | Address: 427 2ND AVE SW |
| Location: CPDSW | CULLMAN AL 35055 |

Offense Codes: 1314, 3611
Received By: LONG, B E   How Received: T   Agency: CPD
Responding Officers: SANFORD, C
Responsible Officer: SANFORD, C   Disposition: ECV 06/17/15
When Reported: 16:33:20 05/08/15   Occurred Between: 10:00:00 05/08/15 and 11:00:00 05/08/15

Assigned To: MARTIN, J   Detail: GI   Date Assigned: 05/11/15
Status: CLO   Status Date: 06/17/15   Due Date: **/**/**

Complainant: 35642
Last: ███   First: ███   Mid: ███
DOB: ███   Dr Lic: ███   Address: ███
Race: W   Sex: F   Phone: ███   City: ███

Alert Codes:
TREP TRESSPASSED PERSON

## Offense Codes

Reported:   Observed: 1314 HARASSMENT SIMPLE ASSAULT

Additional Offense: 1314 HARASSMENT SIMPLE ASSAULT
Additional Offense: 3611 INDECENT EXPOSURE

## Circumstances

    121H Weapon Type Hands, Fist, Voice
    332 Weather Cloudy
    324 Lighting Artificial Interior
    25N Gang Unknown/None
    BM88 No Bias
    3405 Commercial/Office Building
    A02 Assault-Argument Over Money

Responding Officers:   Unit:
    SANFORD, C   0110



CERTIFIED COPY OF ORIGINAL ON FILE WITH THE CULLMAN POLICE DEPT — Kathy Kreps, RECORDS CLERK

THE INFORMATION IN THIS RECORD IS FURNISHED FOR OFFICIAL LAW ENFORCEMENT AGENCY/COURT USE ONLY
TO Chiquita Robertson - U.S. DOJ
DATE 12-7-20
CULLMAN POLICE DEPARTMENT RECORD DIVISION



PLAINTIFF'S EXHIBIT 11 R. Hames

12/07/20

CPD-00000001

Law Report for Incident 1505C0318

Responsible Officer: SANFORD, C
Received By: LONG, B E
How Received: T TELEPHONE
When Reported: 16:33:20 05/08/15
Judicial Status:
Misc Entry:

Agency: CPD
Last Radio Log: 17:22:10 05/08/15 CMPLT
Clearance: CI
Disposition: ECV Date: 06/17/15
Occurred between: 10:00:00 05/08/15
and: 11:00:00 05/08/15

Modus Operandi:         Description:         Method:

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 05/08/15 | Name | HAMES, RANDY ALLAN | Suspect |
| 05/08/15 | Name | ███████████ | Complainant |
| 05/08/15 | Name | ███████████ | Victim |

*Law Report for Incident 1505C0318*  *Page 3 of 6*

## Narrative

INCIDENT(S): Harassment

STATUTE(S):  13A-11-8(a)(1)

NARRATIVE: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ reports that Randy Hames harassed her in his office at Hames Law Firm. She stated she went there to borrow money from him. She stated they discussed the money and he agreed he'd right a check. He then got up and shut the door. He then gave her a hug, but he grabbed both her buttocks and grabbed her breast. She stated he then asked, "Do you want to see it?" He then pulled his penis out and said, "Just look at it." She said he grabbed her hand and tried to get her to touch it and asked for oral sex. Ms. Lands said she never told him to stop, but she did say, "I need to go." She stated he finally gave her a check and she left the business.

## Supplement

INVESTIGATION SUPPLEMENT
Sgt. Jody Martin

Wed May 13 2015

    Mr. Randy Hames came to the Cullman Police Department and spoke to me about the complaint. He said he does not represent ▇▇▇ as an attorney but is her landlord. He said that ▇▇▇ went to his office on Friday May 8, 2015 and wanted a $1200.00 loan for a car. He said that he made the loan and has made a loan to her in the past for a $1000.00. He said that ▇▇▇ left a $1300.00 check with him for repayment plus $100.00 that was on an account belonging to her grandfather. The check was to be held until June 3, 2015. Mr. Hames said that he went to the mobile home rented by ▇▇▇ on Saturday May 9, 2015 to obtain a promissory note but there was no answer at the door but keys were sticking out of the door. He then went to a barn on the property that he uses as storage and noticed that it may have been burglarized. When a deputy arrived, Mr. Hames was told that ▇▇▇ was complaining about him attempting to break into her mobile home. The deputy also told him about this report that was filed by ▇▇▇ He said that he had a cousin go to the mobile home on Sunday May 10, 2015 and place a vacate sign on the mobile home. Mr. Hames was told that I would offer the complainant and him an opportunity to take a polygraph exam but Mr. Hames seemed apprehensive about taking one.

    ▇▇▇ came to the police department and spoke with me later that evening. She said that she did go to Mr. Hames office and ask for a $1200.00 loan so she could make a down payment on a car. She said that she did leave a $1300.00 check on her grandfather's account for him to deposit after June 3, 2015. She said that she gave him a pat on the back because she appreciated the loan. She said that is when Mr. Hames grabbed both of her buttocks and then one of her breasts. She said that he tried to push her hand down his pants to touch his penis which he exposed to her. She said that Mr. Hames pushed her down onto a couch and asked her to give him a blowjob. She said that she did not tell him no but she did say that she had to go. She then left the business. During the interview, I asked her if there was anything special about Mr. Hames' exposed body parts that would be unique and she said that she did not see any skin tags but it looked like he was uncircumcised. ▇▇▇ also provided a written statement.

Thu May 14 2015

    I contacted both parties again to clarify a couple points. Mr. Hames had told me that ▇▇▇ and he went outside onto the sidewalk after the loan agreement in his office and smoked cigarettes or an ecigarette. He felt this to be strange if she was offended by him. Mr. Hames also told me that he would be having Johnny Berry and Brandon Little to represent him if charges are filed. He also told me that I should direct any other questions to them. He also did not feel a polygraph exam would be the right thing for him to agree to since it could only hurt an innocent person.

    I called ▇▇▇ and she confirmed that she did smoke outside with Mr. Hames after he grabbed her in the office, requested a sex act and exposed himself. She still wants to pursue charges against Mr. Hames. ▇▇▇ has also spoken with an attorney in Birmingham Alabama.

Wed June 17 2015

    I have spoken with ▇▇▇ twice and referred her to the magistrates office to obtain a warrant. She told me that the whole matter was stressing her

out. She was also worried about some money that she owed the suspect. This case is now closed due to her being uncooperative.

12/07/20

CPD-00000005

Law Report for Incident 1505C0318                                                      Page 6 of 6

## Name Involvements:

**Victim :** 35642
- Last: ███
- DOB: ███
- Race: W            Sex: F
- First: ███
- Dr Lic: ███
- Phone: ███
- Mid: ███
- Address: ███
- City: ███

**Suspect :** 2933
- Last: HAMES
- DOB: 03/23/42
- Race: W            Sex: M
- First: RANDY
- Dr Lic: 4943338
- Phone: (256)338-5827
- Mid: ALLAN
- Address: 1216 RIDGECREST LN NE
- City: HARTSELLE, AL 35640



# Cullman Police Department
# Records Division

**Mailing Address**
P.O. Box 278
Cullman, AL 35056

**Shipping Address**
601 2nd Avenue NE
Cullman, AL 35055

Office Phone – (256) 775-7167     Fax Line – (256) 775-7157

## Fax Transmission Sheet

| | | | |
|---|---|---|---|
| To: | Elise Shore; U.S. Dept. of Justice | From: | Ashley David |
| Fax: | 202-514-1116 | Date: | 11/8/2019 |
| Phone: | | Pages: | 2 |
| Re: | Records Request | CC: | |

Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Message:

US-00000031

# CULLMAN POLICE DEPARTMENT
## Voluntary Statement

CASE # 15OSC0318

DATE: 5-13-15     TIME: 1:43     PLACE: Cullman

I ▊▊▊▊▊ , AM ▊▊ YEARS OF AGE

AND MY ADDRESS IS ▊▊▊▊▊

MY HOME PHONE NO. IS ▊▊▊▊▊ AND MY BUSINESS PHONE NO. IS ▊▊▊▊▊

I AM EMPLOYED BY ▊▊▊▊▊

I declare that the following statement is made of my own free will without promise of hope or reward, without fear or threat of physical harm, without coercion, favor, or offer of favor, without leniency or offer of leniency, by any person or persons whomsoever.

Friday may 8th I went to visit Randy hames at his law firm in terms of borrowing a loan. He agrees to the loan. He then ~~[scratched out]~~ ask me if I would give him a blow job, he says it will only take 3 mins. tries to seat me on his couch groups my butt and one breast. unzips his pants and trys to make me touch his penis I tell him I have to go. he said lets just lock the door no one has to know. I tell him I have to go and I appreciate the loan once again. his penis does or did look to be un circumcized. I havent spoke to him since

I have read this statement consisting of ___1___ page(s), and I affirm to the truth and accuracy of the facts contained therein.

This statement was completed at 1:54 P.M. on the 13 day of May, 20 15

WITNESS: Jody Martin

WITNESS: ▊▊▊▊▊

Signature of person giving statement: ▊▊▊▊▊

US-00000032