FILED
2021 Apr-30 PM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# US Exhibit 3

# HAMES MARINA
## 850 COUNTY ROAD 248
## CULLMAN, ALABAMA 35057
## 256-739-7191

**RANDY A. HAMES**

**PHONE (256) 739-7191**
**FAX      (256) 739-7011**

Date 5-9-15

███████████

Lot #8

## NOTICE TO VACATE

Dear █████████

Please be advised that your proprietary interest in the Mobile Home and property at lot # 8 at Hames Marina and Mobile Home Park has been terminated due to your making a false report to law enforcement, and failure to pay lot rent as agreed. Please vacate and remove all of your personal property from lot # 8 to avoid legal action.

Sincerely,

Randy Hames   */s/ Randy Hames*