FILED
2021 Apr-30 PM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# US Exhibit 4

STATE OF ALABAMA
COUNTY OF CULLMAN

## NOTICE TO VACATE

To: Krandell Agee and ▮

From: Hames Marina & Mobile Home Park

Please be advised that your possessory interest in the mobile home and property located at 670 County Road 248, lot # 4B is hereby terminated.

You are receiving this notice due to your failure to pay rent as agreed. Please vacate the Mobile Home at 670 County Road 248 lot # 4B within 7 days of this notice. Otherwise legal action will follow.

Dated, delivered, and posted at Mobile Home this the 12th day of September, 2016.

Hames Marina & Mobile Home Park

*Randy A Hames* (signature)

PLAINTIFF'S EXHIBIT 20 R. Hames

Hames 000143