# US Exhibit 5

STATE OF ALABAMA
COUNTY OF CULLMAN

# NOTICE

To: ███████████

From: Hames Marina & Mobile Home Park

Please be advised that your possessory interest in the property located at 670 County Road 248, Lot # 16 is hereby terminated due to your failure to pay lot rent as agreed and failure to abide by no animal policy for Hames Mobile Home Park.

Please vacate the premises by the 20th of October, 2014. Otherwise, an unlawful detainer action will be filed in the District Court of Cullman County for your eviction and a judgment against you for past due rent and Court Costs.

Dated, delivered, and posted at Mobile Home # 16 this the 9th day of October, 2014.

Hames Marina & Mobile Home Park



PLAINTIFF'S EXHIBIT
10
R. Hames

Hames 000169