# US Exhibit 6

DOCUMENT 1

| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form SM-1 (front) Rev.3/95 | **STATEMENT OF CLAIM**<br>**(Complaint)**<br>**General** | Case No.<br>25-S... |

ELECTRONICALLY FILED
7/18/2013 4:08 PM
25-SM-2013-900404.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

IN THE SMALL CLAIMS COURT OF **CULLMAN** *(Name of County)*, ALABAMA

**HAMES MARINA AND MOBILE HOME PARK** v. [redacted]

Plaintiff — Defendant

**Plaintiff's Home Address:**
HAMES MARINA AND MOBILE HOME PARK
427 SECOND AVE SW
CULLMAN, AL 35055

**Defendant's Home Address:** [redacted]

**Plaintiff's Attorney's Address:**
RANDY ALLAN HAMES
422 2ND AVE SW SUITE 105
CULLMAN, AL 35055

### NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ **1050.00** because:

    the defendant owes rent for the month of June of $450. The defendant also had animals in the home that caused fleas, resulting in $100 for pest control and $50 for cleaning, and lost rent in July of $450 as the home is uninhabitable.

2. Plaintiff also claims from the defendant court costs in the sum of $ **82.00** (see note below, plus $ _____ for interest and $ _____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

**CLERK'S ADDRESS:**
LISA MCSWAIN
500 2ND AVENUE SW, ROOM 303
CULLMAN, AL 35055
Clerk's Phone No. 256-775-4660

/s/ RANDY ALLAN HAMES
Plaintiff or Plaintiff's Attorney (Signature)
Attorney Code **HAM068**
(256) 739-7191
Plaintiff or Plaintiff's Attorney's Phone Number
Date of Filing **07/18/2013**

*(See instructions on the Back)*

US-00000267