# US Exhibit 7

| State of Alabama Unified Judicial System | STATEMENT OF CLAIM Eviction/Unlawful Detainer | Case Number |
|---|---|---|
| Form C-59   Rev. 08/10 (Front) | Sections 35-9A-101, et seq., and 6-6-310, et seq., *Ala. Code 1975* | DV 11-270 |

IN THE __DISTRICT__ COURT OF __CULLMAN__ COUNTY, ALABAMA

HAMES MARINA                          v.            CHRISTOPHER WALBACH

**PLAINTIFF(S)**                                    **DEFENDANT(S)**

ADDRESS: 852 CO. RD. 248                            ADDRESS: [redacted]

CULLMAN, ALABAMA  35057

PLAINTIFF'S ATTORNEY (If applicable): RANDY A. HAMES

ADDRESS: 427 2ND AVE. SW, CULLMAN, AL 35055

FILED IN OFFICE

OCT 17 2011

ROBERT BATES
DISTRICT CLERK

## COMPLAINT

1. Plaintiff(s) demands the right to possession from the defendant(s) of the following described residential, commercial or other real property located at: MOBILE HOME AND REAL PROPERTY AT 670 CO. RD 248, LOT # 15, CULLMAN, ALABAMA 35057

2. Defendant(s) no longer has the right to possession because: OF FAILURE TO PAY RENT AS AGREED AND FAILURE TO OBEY RULES INCLUDING BUT NOT LIMITED TO KEEPING A DOG IN THE MOBILE HOME

3. Defendant(s) right of possession has been lawfully terminated by written notice.
4. Plaintiff(s) also claims the sum of $ 850.00 plus court costs from the Defendant(s) consisting of: unpaid rent and late charges, plus attorney's fees (if applicable) and other charges.
5. Plaintiff(s) also claims future rent and late charges, plus attorney's fees (if applicable) and other charges accruing through the date Plaintiff(s) obtains possession of the above described property.

Robert Bates On
ROBERT BATES DISTRICT CLERK
ROOM 211 COURTHOUSE
500 2ND AVE. SW
CULLMAN, AL 35055

Plaintiff or Attorney Signature
Phone Number: (256) 739-7191
Attorney Code: HAM068

### NOTICE TO DEFENDANT(S) - READ CAREFULLY

This eviction or unlawful detainer complaint must be answered by you within seven (7) days after these papers were either served or posted at the leased premises as provided by law. Your answer must be received by the Court Clerk at the above address within the above seven (7) days. A copy of the answer must be sent to the Plaintiff(s) or Plaintiff(s)' Attorney at the above address. If you file an answer, a notice of trial will be mailed to you; otherwise, a judgment may be entered against you. If you were personally served and fail to file an answer within fourteen (14) days from the date of service, a money judgment may be entered against you.

Court Record (Original)        Plaintiff (Copy)        Defendant (Copy)

US-00000258

| Form C-59 (Back) Rev. 08/10 | STATEMENT OF CLAIM Eviction/Unlawful Detainer |

## SUMMONS

To any Sheriff or any person authorized by Rule 4 (i) (1) (A) or (B) of the Alabama Rules of Civil Procedure to effect Service in the State of Alabama: You are hereby commanded to serve the Summons and Complaint in this action upon the defendant named in the style of the Complaint and make proper return to this court.

Date 10/18/2011

Date Received 10/17/2011

_Robert Bates_ (signature)
Clerk

**PERSONAL SERVICE:** served on the defendant(s) named _____

DATE SERVED _____

SHERIFF/CONSTABLE _____

PROCESS SERVER _____

Server must complete:

Print Name _____

Address _____

Phone Number _____

**SERVICE BY DELIVERY TO PERSON SUI JURIS RESIDING ON THE PREMISES:** served the defendant(s) named _____ by delivering a copy of the Summons and Complaint on a person who is sui juris residing on the premises described in the Complaint.

DATE SERVED _____

_____ served for _____ is sui juris and is a resident of the
(Person Served)            (Defendant(s))
premises described in the Complaint.

SHERIFF/CONSTABLE _____

PROCESS SERVER _____

Server must complete:

Print Name _____

Address _____

Phone Number _____

**POSTING OF SUMMONS AND COMPLAINT:** served on the defendant(s) named _____ by posting a copy of the Summons and Complaint on the door of the premises described in the Complaint, and A COPY OF THE SUMMONS AND COMPLAINT WAS MAILED BY FIRST CLASS MAIL ON THE FOLLOWING DATE: _____ that is not later than the close of the next business day following the aforesaid posting. This complaint was posted after first having attempted to personally serve the defendant and having tried to serve someone else residing on the premises who is Sui Juris.

DATE SERVED _____

SHERIFF/CONSTABLE _____

PROCESS SERVER _____

Server must complete:

Print Name _____

Address _____

Phone Number _____

**SERVICE BY CERTIFIED MAIL:** This service by certified mail of the summons and complaint is initiated upon the request of Plaintiff pursuant to Rule 4 (i) (2) of the Alabama Rules of Civil Procedure.

Date Requested _____        Date Mailed _____

Return Receipt Date _____

_____
Clerk

US-00000259