# US Exhibit 8

| State of Alabama<br>Unified Judicial System<br>Form SM-1 (front)   Rev. 3/95 | **STATEMENT OF CLAIM**<br>(Complaint)<br>General | Case Number<br>SM11-341 |
|---|---|---|

IN THE SMALL CLAIMS COURT OF _____CULLMAN_____, ALABAMA
(Name of County)

HAMES MARINA   v.   ████████
Plaintiff                        Defendant

Plaintiff's Home Address: 427 2ND AVE SW
CULLMAN, AL 35055

Defendant's Home Address: ████████

Plaintiff's Attorney's Address:

Additional Defendant(s) and Addresses: ████████

**FILED IN OFFICE**
MAY 0 9 2011
ROBERT BATES
DISTRICT CLERK

### NOTICE TO EACH DEFENDANT – READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ __1,485.10__ because: the Defendant has failed to pay rent for the mobile homes she lived in at Hames Marina and failed to pay bills for the electric and water used.

   Past due rent amounts to $ 859.16 and past due utilities amount to $ 625.94.

2. Plaintiff also claims from the defendant court costs in the sum of $ __$ 67.00__ (see note below, plus $_____ for interest and $_____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS:

_Randy M Hames_
Plaintiff or Plaintiff's Attorney (Signature)

Attorney Code __HAM068__

256-739-7191
Plaintiff's or Plaintiffs Attorney's Phone Number

Clerk's Phone No. _____

(See instructions on the Back)

Date of Filing _____


PLAINTIFF'S EXHIBIT 26
R. Hames