# US Exhibit 8