FILED
2021 Apr-30 PM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# US Exhibit 10

**State of Alabama**
**Unified Judicial System**

Form C-59   Rev. 06/07
(Front)

# STATEMENT OF CLAIM
## Unlawful Detainer
Sections 6-6-310, et seq., *Ala. Code 1975*

**ORIGINAL**

Case Number: DV 2008 466

IN THE DISTRICT COURT OF  CULLMAN  COUNTY, ALABAMA

HAMES MARINA LLC    v.   [REDACTED]

**PLAINTIFF(S)**
ADDRESS: 850 COUNTY ROAD 248
CULLMAN, AL 35057

**DEFENDANT(S)**
ADDRESS: 670 COUNTY ROAD 248 LOT#12
CULLMAN, AL 35057

**FILED IN OFFICE**
DEC 17 2008
ROBERT BATES
DISTRICT CLERK
CULLMAN COUNTY

PLAINTIFF'S ATTORNEY (if applicable): ANGELA HAMES SAHURIE
ADDRESS: 427 2ND AVE. S.W., CULLMAN, AL. 35055

## COMPLAINT

1. Plaintiff(s) demands the right to possession from the defendant(s) of the following described residential, commercial or other real property located at: MOBILE HOME AND LOT LOCATED AT 670 COUNTY ROAD 248 LOT#12 CULLMAN, AL 35057

2. Defendant(s) no longer has the right to possession because: DEFENDANT HAS FAILED TO PAY RENT IN THE AMOUNT OF $350.00 A MONTH AS AGREED.

3. Defendant(s) right of possession has been lawfully terminated by written notice.
4. Plaintiff(s) also claims the sum of $ 415.00  plus court costs from the Defendant(s) consisting of: unpaid rent and late charges, plus attorney's fees (if applicable) and other charges.
5. Plaintiff(s) also claims future rent and late charges, plus attorney's fees (if applicable) and other charges accruing through the date Plaintiff(s) obtains possession of the above described property.

*Robert Bates*
ROBERT BATES DISTRICT CLERK
ROOM 211 COURTHOUSE
Address: 500 2ND AVE. SW
CULLMAN, AL 35055

*Angela Hames Sahurie*
Plaintiff of Attorney Signature
Phone Number: ( 256 ) 739-7191
Attorney Code: SAH 001

### NOTICE TO DEFENDANT(S) - READ CAREFULLY

This unlawful detainer complaint must be answered by you within seven (7) days after these papers were either served or posted at the leased premises as provided by law. Your answer must be received by the Court Clerk at the above address within the above seven (7) days. A copy of the answer must be sent to the Plaintiff(s) or Plaintiff(s)' Attorney at the above address. If you file an answer, a notice of trial will be mailed to you; otherwise, an unlawful detainer judgment may be entered against you. If you were personally served and fail to file an answer within fourteen (14) days from the date of service, a money judgment may be entered against you.

Court Record (Original)    Plaintiff (Copy)    Defendant (Copy)

Form C-59 (Back) Rev. 6/07     STATEMENT OF CLAIM Unlawful Detainer     ORIGINAL

## SUMMONS

To any Sheriff or any person authorized by Rule 4 (i) (1) (A) or (B) of the Alabama Rules of Civil Procedure to effect Service in the State of Alabama: You are hereby commanded to serve the Summons and Complaint in this action upon the defendant named in the style of the Complaint and make proper return to this court.

Date _____

Date Received  12/17/2008

_Robert Bates_ Rn
Clerk

**PERSONAL SERVICE:** served on the defendant(s) named _____

DATE SERVED _____

SHERIFF/CONSTABLE _____

PROCESS SERVER _____

Server must complete:

Print Name _____

Address _____

Phone Number _____

**SERVICE BY DELIVERY TO PERSON SUI JURIS RESIDING ON THE PREMISES:** served the defendant(s) named _____ by delivering a copy of the Summons and Complaint on a person who is sui juris residing on the premises described in the Complaint.

DATE SERVED _____

_____ served for _____ is sui juris and is a resident of the
(Person Served)                (Defendant(s))
premises described in the Complaint.

SHERIFF/CONSTABLE _____

PROCESS SERVER _____

Server must complete:

Print Name _____

Address _____

Phone Number _____

**POSTING OF SUMMONS AND COMPLAINT:** served on the defendant(s) named _Shaela Gann_ by posting a copy of the Summons and Complaint on the door of the premises described in the Complaint, and A COPY OF THE SUMMONS AND COMPLAINT WAS MAILED BY FIRST CLASS MAIL ON THE FOLLOWING DATE _12-19-08_ that is not later than the close of the next business day following the aforesaid posting

DATE SERVED _12-19-08_

SHERIFF/CONSTABLE _Darrell Price_

PROCESS SERVER _DS_

Server must complete:

Print Name _DARRELL PRICE_

Address _____

Phone Number _____

**SERVICE BY CERTIFIED MAIL:** This service by certified mail of the summons and complaint is initiated upon the request of Plaintiff pursuant to Rule 4 (i) (2) of the Alabama Rules of Civil Procedure.

Date Requested _____    Date Mailed _____

Return Receipt Date _____   _____
                                      Clerk