**Page 178**

```
 1   testimony.
 2           Was it Randy Hames that listened
 3   to it or who on behalf of Hames Marina LLC,
 4   listened to that testimony and made that
 5   determination that it was not true?
 6           If it was Randy, then it's Randy.
 7           I just need the name.
 8   A       Hames Marina has an attorney.  I
 9   believe there was an attorney present.
10   Q       As manager of Hames Marina in
11   April of 2018, had you hired an attorney to
12   do an investigation to determine whether
13   the claim of sexual harassment was true?
14   A       No.
15   Q       What I'm trying to find out is if
16   Hames Marina, LLC did an independent
17   investigation of this complaint of sexual
18   harassment to -- and you determined whether
19   it was true or not?
20   A       No.
21   Q       So Hames -- Randy Hames made the
22   decision on behalf of Hames Marina, LLC
23   that the sexual harassment complaint was
```

**Page 179**

```
 1   false?
 2   A       Yes.
 3   Q       Let me show you now what has been
 4   marked as Plaintiff's Exhibit No. 5.
 5           (Whereupon, said document was
 6            marked for identification as
 7            Private Plaintiff's Exhibit 5 to
 8            the deposition of Miranda ███).
 9           MR. TURNER:  Lacey, do you have
10   another one?
11   Q       (By Ms. McGowan)  And while
12   you're looking at that, let me ask one
13   quick question.
14           So the testimony that was
15   listened to, and the decision was made that
16   Plaintiff's sexual harassment was false,
17   was given the April 2018 preliminary
18   hearing?
19   A       I believe that was the first time
20   they testified.
21   Q       But that's the testimony you're
22   referencing that was listened to to
23   determine that the sexual allegation
```

**Page 180**

```
 1   complaint was false April of 2018?
 2   A       Yes.
 3   Q       In that preliminary hearing where
 4   they had testimony, you were present;
 5   correct?
 6   A       Hames Marina was present.
 7   Q       Hames Marina was present.
 8           And the tape was played made by
 9   Ms. Carreker; correct?
10   A       Correct.
11   Q       Did you hear the tape?
12   A       Yes.
13   Q       Did Hames Marina hear the tape?
14   A       Yes.
15   Q       Looking at Exhibit No. 5.
16           The one you have in front of you
17   is Plaintiff's Exhibit No. 5?
18   A       Yes.
19   Q       And it contains Bates -- it's
20   Supplemental Initial Disclosure Bates
21   000275, 272, 273, 271 in that order?
22   A       275, 272, 273, 271, yes.
23   Q       Have you seen -- has Hames Marina
```

**Page 181**

```
 1   seen this document before?
 2   A       Yes.
 3   Q       And it's -- the Plaintiff in the
 4   case is Hames Marina and Mobile Home Park
 5   versus Tomeka Bartlett?
 6   A       Yes.
 7   Q       Did Hames Marina, LLC also
 8   operate as Hames Marina and Mobile Home
 9   Park?
10   A       Yes.
11   Q       And this was an eviction notice
12   -- eviction lawsuit filed against Tomeka
13   Bartlett by Randy Hames?
14   A       Yes.
15   Q       And it's dated January 5th, 2018?
16   A       Yes.
17   Q       And he's asking for $1100, plus
18   court costs?
19   A       Yes.
20   Q       Do you know how that $1100 was
21   calculated?
22   A       It was rent -- unpaid rent plus
23   attorney's fees.
```