66

1 A No.
2 Q After you became the manager for
3 Hames Marina, LLC, did you look at these
4 rules and -- and seek any advice on whether
5 they complied with the Fair Housing Act?
6 A I read through the rules and
7 determined that there's no discrimination
8 being made.
9 Q How did you determine that?
10 A Based on what the rules say, none
11 of those things were happening.
12 Q What do you mean, "None of those
13 things were happening?"
14 A No one was being denied housing
15 based on race.
16 No one was being denied housing
17 based on family status.
18 I don't remember everything it
19 says in the Fair Housing Act, but reading
20 through it no -- no violations were
21 happening.
22 Q That was your personal opinion;
23 correct?

67

1 A Yes.
2 Q Did you hire anybody to do an
3 investigation?
4 A No.
5 Q Has Hames Marina hired anyone to
6 investigate any of the claims in this
7 matter?
8 A No.
9 Q Did you undertake a personal
10 investigation when you became Hames Marina,
11 LLC manager into any of the allegations in
12 this case?
13 A I asked Randy Hames if these
14 allegations were true. And he said they
15 were not true.
16 Q Any other investigation that you
17 did?
18 A I listened to the testimony at
19 the preliminary hearing.
20 Q You're talking Randy Hames'
21 criminal preliminary hearing?
22 A Yes.
23 Q Anything else?

68

1 A That's all.
2 Q Did you discuss the allegations
3 with anyone beside Randy Hames?
4 MR. TURNER: At what point in
5 time?
6 MS. MCGOWAN: When she became
7 manager.
8 THE WITNESS: Discussed it with
9 my sisters.
10 Q (By Ms. McGowan) When did you
11 discuss it with your sisters?
12 A In 2018.
13 Q What did you discuss?
14 A The allegations that were made.
15 Q The allegations in the criminal
16 case or the allegations in this civil
17 lawsuit?
18 A In the criminal case.
19 Q And what -- what did -- who --
20 did you -- was this in one conversation or
21 more than one?
22 A Multiple.
23 Q Was this all of you at one time

69

1 or separately?
2 A No, separately.
3 Q What did -- let's go down your
4 list of sisters.
5 Who's the first one you discussed
6 it with?
7 A I don't know in what order I had
8 phone conversations or discussions with my
9 sisters.
10 Q What did you and Angela discuss?
11 A I don't recall the exact
12 discussion.
13 Q Do you recall the general nature
14 of the discussion?
15 A That we believed the
16 allegations --
17 MR. YAGHMAI: Object to anything
18 -- let me --
19 THE WITNESS: Okay.
20 MR. YAGHMAI: -- let me put my --
21 I'm just going to object if you're asking
22 her, Miranda ▮▮▮▮, an individual as opposed
23 to Hames Marina.

**Page 70**

```
 1            MS. MCGOWAN:  No.  We've already
 2   established this was after she became
 3   manager in her role as manager of Hames,
 4   LLC.
 5            That's what I'm asking.
 6            MR. YAGHMAI:  No, I understand
 7   that.  That's just my objection.  She's
 8   answering on behalf of Hames Marina, not
 9   her individually.
10   Q       (By Ms. McGowan)  Go ahead, you
11   can answer.
12   A       As Hames Marina, no, I did not
13   discuss as Hames Marina with my sisters the
14   allegations.
15   Q       Well, earlier you were saying
16   that as Hames Marina you had discussed it
17   with your sisters because I asked who else
18   you discussed it with.
19   A       I get confused when you're going
20   back and forth between me as an individual
21   and me as Hames Marina.  I apologize.
22   Q       I'm asking you here today, you,
23   as Hames Marina.  Okay?
```

**Page 71**

```
 1   A       I apologize.  You've asked me
 2   several questions about me personally as
 3   Miranda ▇ and I have gotten confused.
 4   Q       So we're -- there's no confusion,
 5   I'm asking you right now:  As manager of
 6   Hames Marina, LLC, did you discuss this
 7   with your sisters?
 8   A       No.
 9            MR. TURNER:  And going forward
10   just so we're all on the same page, unless
11   you specifically tell her, it's just as
12   you're asking her --
13            MS. MCGOWAN:  Correct.
14            MR. TURNER:  -- as Hames Marina?
15            MS. MCGOWAN:  Correct.
16            THE WITNESS:  Okay.
17   Q       (By Ms. McGowan)  So as -- we
18   were asking who you -- what you did as
19   Hames Marina, LLC to do any investigation
20   that you were in compliance with the Fair
21   Housing Act.
22            And you said you talked to Randy?
23   A       Yes.
```

**Page 72**

```
 1   Q       And then you said you talked to
 2   sisters, but that was not done --
 3   A       No, not as Hames Marina.
 4   Q       So as Hames Marina you only
 5   talked to Randy?
 6   A       And listened to the testimony at
 7   the preliminary hearing.
 8   Q       Did Hames Marina hire any
 9   individual to conduct any independent
10   investigation?
11   A       No.
12            MR. TURNER:  Let's go ahead and
13   take a break if that's okay.
14            MS. MCGOWAN:  Okay.
15            THE VIDEOGRAPHER:  This ends MPEG
16   1 and the continued deposition of Miranda
17   ▇.
18            We're off the record at 10:52.
19            (Whereupon, the taking of the
20            deposition was recessed from
21            approximately 10:52 a.m. to
22            approximately 11:07 a.m., after
23            which the following proceedings
```

**Page 73**

```
 1            were had and done:)
 2            THE VIDEOGRAPHER:  This begins
 3   MPEG 2 of the continued deposition of
 4   Miranda ▇.
 5            We're on the record at 11:07.
 6   Q       (By Ms. McGowan)  Ms. ▇,
 7   before we took a break we were discussing
 8   documents you had reviewed and different
 9   things of that nature.
10            You had talked about you had
11   spoken to the accountant about the 2017
12   taxes to see if they had been done?
13   A       Yes.
14   Q       What year did you have this
15   conversation with them?
16   A       In 2018.
17   Q       What year were the taxes filed,
18   do you know?
19   A       Well, every April you file taxes
20   for the previous year.
21            So in April of 2018 we filed
22   taxes for 2017.
23   Q       But did you have -- do you know
```

74

```
 1  if Hames Marina, LLC actually filed the
 2  2017 taxes in '18?
 3  A      I don't know.
 4  Q      Do you know when Hames Marina,
 5  LLC actually filed their 2017 taxes?
 6  A      No.
 7  Q      You also said that Randy -- you
 8  asked Randy Hames about the allegations in
 9  your role as manager of Hames Marina?
10  A      Yes.
11  Q      And he -- and then you also asked
12  him about the Fair Housing Act and he knew
13  about it and you determined that Hames
14  Marina was compliant?
15  A      Yes.
16  Q      What did Randy Hames say to you
17  to satisfy you that Hames Marina, LLC was
18  compliant?
19  A      He said they were.
20  Q      He just said they were.
21         He didn't give you any facts or
22  basis?
23  A      He said it.
```

75

```
 1  Q      So when you said, "He said it,"
 2  did he say we're compliant because of X, Y,
 3  Z, or did he just say we're compliant?
 4  A      He said we're compliant.
 5  Q      So based upon him telling you he
 6  was compliant, you, as manager of Hames
 7  Marina, LLC, took his word for it and
 8  didn't do any further investigation?
 9  A      Yes.
10  Q      That is a correct statement?
11  A      Correct.
12  Q      Was anyone else present when you
13  had this conversation with Randy?
14  A      No.
15  Q      Do you know if this conversation
16  was in-person or over the phone?
17  A      I don't recall at this time.
18  Q      Do you know if it was in an email
19  or a text?
20  A      I don't recall at this time.
21  Q      Do you text with your dad?
22  A      Occasionally.
23  Q      Do you text with anyone else?
```

76

```
 1  A      Yes.
 2  Q      When did you first start texting
 3  with Randy Hames with regards to Hames
 4  Marina?
 5  A      You're asking me as Hames Marina?
 6         MR. YAGHMAI:  Objection if you're
 7  asking her individually.
 8         THE WITNESS:  When did Hames --
 9         MS. MCGOWAN:  I'm asking her as
10  Hames Marina.
11         THE WITNESS:  When did Hames
12  Marina began texting with Randy?
13  Q      (By Ms. McGowan)  Yes.
14  A      In 2018.
15  Q      And what kind of texts would you
16  have with Randy in 2018 about Hames Marina?
17  A      I would let him know that
18  everything looked fine.
19         I would let him know if there was
20  a water leak.
21         I tried to keep him updated.
22  Q      Updated on what?
23  A      On anything that would be
```

77

```
 1  pertinent.
 2  Q      Pertinent to the operation of
 3  Hames Marina, LLC?
 4  A      No, I didn't let him know
 5  everything that was pertinent to the
 6  operation as he was no longer running it.
 7  Q      But what were you keeping him
 8  updated on then?
 9         What was pertinent?
10  A      When there was a water leak at
11  his mobile home.  That was pertinent.
12  Q      Did he have a mobile home there?
13  A      He still does.
14  Q      Any other water leaks you'd let
15  him know about?
16  A      No.
17  Q      So the only thing you were
18  texting Randy Hames about in 2018 was his
19  mobile home, not the overall park?
20         MR. TURNER:  Object to the form.
21         THE WITNESS:  I've already said I
22  don't remember every text that was ever
23  sent.
```

78

1  Q       (By Ms. McGowan)  Is it possible
2  there were texts sent regarding the
3  operation of Hames Marina and the overall
4  operation and how it looked?
5  A       I'm sure I asked him questions on
6  things.
7  Q       Has anyone asked you to go
8  through your text messages and provide them
9  with regards to Hames Marina, LLC?
10 A       Yes.
11 Q       Have you done so?
12 A       I don't keep texts.
13 Q       Has anyone asked you to get --
14 asked your carrier for copies of your
15 texts?
16         MR. TURNER:  You're asking Hames
17 Marina?
18         THE WITNESS:  Hames Marina?
19         Hames Marina was requested to
20 provide texts.  And it did to the best of
21 its ability.
22 Q       (By Ms. McGowan)  When say, "It
23 did to the best of its ability," what do

79

1  you mean?
2  A       I mean Hames Marina provided all
3  of the texts that it could.
4  Q       My question is:  Did you contact
5  your carrier to see if you could get copies
6  of your text messages relating --
7  A       Me, personally, or Hames Marina?
8  Q       Related to Hames Marina, your
9  text messages on your phone related to
10 Hames Marina.
11 A       At the time I did not have a
12 carrier.
13 Q       What did you use?
14 A       I used a phone that had a
15 reloadable card.  You would buy a
16 reloadable card and load the phone each
17 month.
18 Q       When did -- how long did you have
19 that phone with the reloadable?
20 A       I had that phone for a couple of
21 years.
22 Q       What years?
23 A       I -- I don't remember.

80

1  Q       When did you get rid of that
2  phone?
3  A       When I accidently smashed it in
4  the tailgate of my van while loading
5  groceries.
6  Q       What year?
7  A       Oh, I think it was in 2019.  I
8  really don't remember.
9  Q       How long has Randy had a mobile
10 home there?
11 A       A very long time.
12 Q       More than 20 years?
13 A       Yes.
14 Q       Let me show you what we've marked
15 as Plaintiff's Exhibit No. 1.
16         (Whereupon, said document was
17         marked for identification as
18         Private Plaintiff's Exhibit 1 to
19         the deposition of Miranda ███).
20         And it's our fourth notice of
21 deposition to Hames Marina, LLC.
22         Have you ever seen this document
23 before?

81

1  A       Let me look at it.
2          Yes, yes, I've seen this.
3  Q       And this document sets out
4  different categories of deposition
5  testimony for you, as the corporate
6  representative of Hames Marina, LLC, does
7  it not?
8  A       Yes.
9  Q       And, in fact, there are 32
10 different topics that are covered in this;
11 is that correct?
12 A       One moment.  Yes, 32.
13 Q       As we sit here and look at this
14 today, are there any topics on which you
15 are not knowledgeable to provide testimony
16 on behalf of Hames Marina, LLC?
17 A       You'll have to give me a minute.
18 It's 32 of them.
19         MS. DANLEY:  Do you think we
20 should put a PP on this since it won't
21 be --
22         MR. TURNER:  That's a good idea.
23 That's --

82

```
 1        MS. DANLEY:  I think we should be
 2   doing it.
 3        MR. TURNER:  -- how I've been
 4   doing it for myself.
 5        MS. DANLEY:  On that Exhibit, do
 6   you mind, when she gives it back, putting
 7   like a say PP-1.  You can keep it, but
 8   we'll do it after that just so it's
 9   clearer, you know --
10        MS. MCGOWAN:  U. S. Attorneys
11   and, yeah, then PP.
12        And if this will speed things up.
13        Is there any topic, for your
14   lawyer, that she's not being designated?
15        Is there anything?
16        MR. TURNER:  Oh, no, I'm sorry.
17        THE WITNESS:  No.
18   Q    (By Ms. McGowan)  All right.
19   Well, let's move forward then.
20        So looking at Plaintiff's Exhibit
21   or Private Plaintiff's Exhibit No. 1 you
22   are here -- designated here as the
23   corporate representative to testify about
```

83

```
 1   each of these 32 categories on behalf of
 2   Hames Marina?
 3   A    That is correct.
 4   Q    So your deposition here today is
 5   to provide information for Hames Marina,
 6   LLC?
 7   A    That is correct.
 8   Q    If there's ever a question I ask
 9   you where you don't have the information,
10   can you please let me know that?
11   A    Yes.
12   Q    And I think we've already
13   discussed earlier, I will ask you who would
14   know and I'll ask would have the
15   information if you don't have it.  Okay?
16   A    Okay.
17   Q    Let me show you what I'm going to
18   mark as Exhibit No. 2, Private Plaintiff's.
19        But before I do that, on -- with
20   regards to Plaintiff's Private Exhibit No.
21   1, we requested that you bring any
22   documents with you that you had reviewed.
23        Did you bring any documents with
```

84

```
 1   you to the deposition?
 2   A    No.
 3   Q    And we also requested that you
 4   produce any documents that you have in your
 5   possession that had not been turned over
 6   relating to the Plaintiffs in this matter.
 7        Do you have any such documents?
 8   A    No, I believe we've turned over
 9   every document we could find.
10   Q    Let me show you what we're
11   marking as Private Plaintiff's Exhibit No.
12   2.
13        (Whereupon, said document was
14        marked for identification as
15        Private Plaintiff's Exhibit 2 to
16        the deposition of Miranda ███).
17        Do you recognize this document?
18   A    Yes.
19   Q    What is this?
20   A    It is a map or like a -- like a
21   Google map overhead view of Hames Marina
22   and mobile home park, RV park.
23   Q    Who -- do you know who prepared
```

85

```
 1   this?
 2        I mean, did you print this off?
 3   A    I've printed off many such
 4   pictures, but I don't know who printed this
 5   exact one.
 6   Q    Does this accurately reflect what
 7   it looks like back in 2018?
 8   A    For the most part.
 9   Q    Do you see anything that's
10   different in it?
11   A    Yes.  There's an additional
12   trailer up at the top in the mobile home
13   park that wasn't there.
14   Q    Which trailer?
15   A    The very first one coming down
16   County Road 248.
17   Q    Looks like it has a gray top to
18   it?
19   A    Yes.
20   Q    That was not there?
21   A    No.
22   Q    When was that added?
23   A    Oh, gee, that was -- I don't
```

86

```
 1  remember exactly when it was added.  It
 2  wasn't there in the spring of 2018 because
 3  my -- my husband had to take a box blade
 4  and flatten out the -- flatten out the dirt
 5  there to make a space for it.
 6  Q       Who owns that trailer that's
 7  there now?
 8  A       Chad and Chelsea Swann.
 9  Q       Is it a privately owned?
10  A       Yes.
11  Q       Do you just rent the lot?
12  A       Yes.
13  Q       Did you have -- did Hames -- did
14  -- did -- when they put it in, was Hames
15  Marina still in existence, LLC?
16  A       I'm trying to remember if that
17  trailer went in before the dissolution of
18  Hames Marina in September.  I can't
19  remember exactly when that trailer went in.
20          It was -- it was agreed upon that
21  they would move that trailer in before the
22  dissolution of Hames Marina, LLC.
23  Q       Who made the agreement?
```

87

```
 1  A       Randy Hames.
 2  Q       Who are Chad and Chelsea Sloan?
 3  A       Swann --
 4  Q       Swann?
 5  A       -- S-W-A-N-N.
 6  Q       Who are they?
 7  A       They're a married couple with
 8  children who owned that trailer and rent
 9  the lot.
10  Q       Do they live there full time --
11  A       Yes.
12  Q       -- or is it just recreational?
13  A       No, they live there full time.
14  Q       Are they family friends,
15  relatives?
16  A       No.
17  Q       They just contacted Randy Hames
18  and asked for a lot?
19  A       Yes.
20  Q       Do you know when?
21  A       I can't remember exactly when.
22  It may have been in February of 2018, but I
23  can't remember exactly when they had
```

88

```
 1  contacted him about getting the lot ready.
 2  Q       Was it prior to you being the
 3  manager?
 4  A       Yes.
 5  Q       Can -- there's a pen down there
 6  by you right there (indicating).
 7          Can you --
 8          MS. DANLEY:  Is there a lot
 9  number for that one?
10          MS. MCGOWAN:  Hu?
11          MS. DANLEY:  Is there a lot
12  number for that one?
13  Q       (By Ms. McGowan)  Is there a lot
14  number for this one?
15  A       Yes, that is Lot 16A.
16  Q       Lot 16A.
17          MS. DANLEY:  Write it on the --
18          THE WITNESS:  Write down on
19  there?
20  Q       (By Ms. McGowan)  Would you write
21  16A on there.
22          MS. DANLEY:  If you don't mind,
23  draw it like out into the white, you known
```

89

```
 1  so you can --
 2          MS. MCGOWAN:  See it, yeah.
 3          MS. DANLEY:  -- we can see it.
 4          This was hard to print with that
 5  much green in something that was -- where
 6  you could see it.
 7          THE WITNESS:  Okay.
 8  Q       (By Ms. McGowan)  So the other
 9  trailers were already there.  The only
10  difference in 2018, March of 2018, this
11  trailer may not have been there, Lot 16A?
12  A       Yes.  When was this printed?
13  Q       I don't know, I'm sorry.
14  A       Okay.
15  Q       Anything else you see --
16  A       Well --
17  Q       -- with regards to the trailers?
18  A       -- with regards to the mobile
19  home park up here, no, that would --
20          MS. DANLEY:  I'll tell you what.
21  Let's go through and just --
22          MS. MCGOWAN:  To do what?
23          MS. DANLEY:  Go ahead and label
```

```
                                    90
 1  all the ones, put the lot numbers on them.
 2  Q       (By Ms. McGowan)  Can we just
 3  label the lot numbers for each trailer?
 4          Would that be easier?
 5  A       I don't think it will show up on
 6  this green map.
 7          MS. DANLEY:  I meant like draw a
 8  line out to the white part.
 9  Q       (By Ms. McGowan)  See, just draw
10  up to the white and put each lot number.
11  A       Okay.
12          (Witness complies).
13  Q       All right.  Th one right next to
14  16A, what would that be?
15  A       15.
16  Q       Is it 15A or just 15?
17  A       Just 15.
18  Q       And then --
19  A       Then there's an empty lot --
20  Q       All right.
21  A       -- which, actually, that lot is
22  number 14, but there was a mobile home
23  there.
```

```
                                    91
 1  Q       So, 14, the home is missing?
 2  A       In two thousand -- early 2018
 3  that home is now gone.
 4  Q       What happened to that home?
 5  A       I gave it away.
 6  Q       Who did you give it to?
 7  A       I don't remember his name.
 8  Q       Why did you give it away?
 9  A       I deemed it would cost too much
10  to repair it.  The remodeling costs would
11  be too much and it wasn't worth remodeling.
12  Q       Was it vacant?
13  A       Yes.
14  Q       Who had been leaving in it, do
15  you know?
16  A       No one.
17  Q       How long had it been vacant?
18  A       Quite a while.
19  Q       Then the next one would be 13?
20  A       Would be 13.  The next one is 12;
21  the next one is 11.
22          MS. DANLEY:  The big red box or
23  the little white box?
```

```
                                    92
 1          THE WITNESS:  The -- 11 is the
 2  one that's tangent to the red pen, the
 3  round part of the red pen.
 4          MS. MCGOWAN:  All right.
 5          MR. TURNER:  11 is next to the
 6  red?
 7          THE WITNESS:  Yes.
 8          MS. DANLEY:  11 is the long gray
 9  one?
10  Q       (By Ms. McGowan)  Are those
11  little white boxes behind it little sheds?
12  A       Yes.
13  Q       Is that like empty lots there
14  after 11?
15  A       No, that's trailer number 10.  I
16  don't know why the roof looks so dark.
17  Q       So it kind of looks like a
18  canyon?
19  A       I guess it needs cool ceiling.
20  Q       So it's kind of a brown roof?
21  A       I -- I don't know why it's that
22  color in this image.
23          MR. TURNER:  I think there might
```

```
                                    93
 1  be a tree or something there.
 2          THE WITNESS:  There could be a
 3  tree shading it.
 4  Q       (By Ms. McGowan)  And then we
 5  come to a white roof?
 6  A       Uh-huh (affirmative response).
 7  That's number 9.
 8          And the next smaller, white roof
 9  is number 8.
10          The silver colored one beside it
11  is number 7.
12          Then the one that's turned
13  differently, the white roof turned
14  differently, is number 6.
15  Q       Do you know why it's turned
16  differently?
17  A       Because of the terrain, yeah.  It
18  -- the hillside kind of drops off there
19  behind it.  So you couldn't get one in long
20  ways, it had to be turned for one to fit
21  there.
22          Then the one that is -- then the
23  -- the next one there that is at the end of
```

**Page 2**

```
 1                    C A P T I O N
 2              THE DISCOVERY DEPOSITION OF
 3     MIRANDA ███, taken pursuant to Notice
 4     before R. Keith Kennedy, a Notary Public
 5     for the State of Alabama at Large, on the
 6     22nd day of December 2020, beginning at
 7     approximately 9:40 a.m., at the law offices
 8     of Wiggins, Childs, Pantazis, Fisher and
 9     Goldfarb, The Kress Building, 301 19th
10     Street, Birmingham, Alabama; said
11     deposition taken pursuant to the Federal
12     Rules of Civil Procedure.
13
14     - - - - - - - - - - - - - - - - - - -
15
16                 A P P E A R A N C E S
17          ELISE SANDRA SHORE AND ERIN MEEHAN
       RICHMON, Trial Attorneys, Housing and Civil
18     Enforcement, Civil Rights Division, U. S.
       Department of Justice, 4 Constitution
19     Square, 150 M Street, NE/Room 8.1104,
       Washington, D.C.; appearing remotely as
20     counsel for the United States.
21          CARLA B. WARD, Assistant United States
       Attorney for the Northern District of
22     Alabama, 1801 4th Avenue North, Birmingham,
       Alabama 35203; appearing remotely as
23     counsel for the United States,
```

**Page 3**

```
 1          CANDIS A. MCGOWAN AND LACEY DANLEY,
       Attorney-at-Law, of the law firm of
 2     WIGGINS, CHILDS, PANTAZIS, FISHER AND
       GOLDFARB, 301 19th Street North,
 3     Birmingham, Alabama 35203; appearing as
       counsel for the Private Plaintiffs.
 4
            R. CHAMP CROCKER, Attorney-at-Law, of
 5     the law firm of R. CHAMP CROCKER, LLC., 207
       2nd Avenue S.E., Cullman, Alabama 35055;
 6     appearing as counsel for the Private
       Plaintiffs.
 7
            KILE T. TURNER, Attorney-at-Law, of
 8     the law firm of NORMAN, WOOD, KENDRICK AND
       TURNER, 1130 22nd Street South, Birmingham,
 9     Alabama 35205; appearing as counsel for the
       Defendant, Hames Marina.
10
            GREGORY F. YAGHMAI, Attorney-at-Law,
11     of the law firm of YAGHMAI LAW, LLC, 2801
       Old Columbiana Road, Birmingham, Alabama
12     35216; appearing remotely as counsel for
       Marina Management and Miranda Self.
13
14     ALSO PRESENT:
15     MARY ███, Defendant, appearing remotely
       via W███
16
       JESSICA ███, Defendant, appearing
17     remotely ███ ebEx.
18     CHRISTI ███, Defendant, appearing
       remotely ███ bEx.
19
       ANGELA ███████, Defendant, appearing
20     remotel███
21     CHIQUITA ROBERTSON, Paralegal, U. S.
       Department of Justice, appearing remotely
22     via WebEx.
23     LACEY MCCALEB, paralegal, Champ Crocker,
       LLC, appearing remotely via WebEx.
```

**Page 4**

```
 1                   I N D E X
 2     Witness:                              Page
 3
       MIRANDA ███
 4
 5     Examination by Ms. McGowan              6
 6
 7
 8                  E X H I B I T S
 9     Private
       Plaintiff's
10     Exhibit No.    Description            Page
11
        1      Private Plaintiffs' Fourth     80
12             Notice of the 30(B)(6)
               Deposition of Hames
13             Marina, L.L.C. (8 pages).'
14      2      Photograph (1 page).           84
15      3      Statement of Claim (4         170
               pages).
16
        4      Kayla Carreker handwritten    174
17             document (1 page).
18      5      Statement of Claim (4         179
               pages).
19
        6      Order 1-19-2018 (1 page).     184
20
        7      Response to Defendant's       187
21             Answer to Unlawful
               Detention/Eviction
22             Complaint (1 page).
23      8      Chart of Cases (5 pages).     198
```

**Page 5**

```
 1      9      Application and Affidavit     207
               for entry for Default
 2             Judgment (4 pages).
 3     10      Verified Complaint (5         214
               pages).
 4
       11      Letter to Judge Wells         220
 5             Turner, III from Miranda
               ███ (1 page).
 6
       12      Rules of Hames Mobile Home    266
 7             Park (1 page).
 8     13      Notice of New/Owner           269
               Manager (1 page).
 9
       14      Check register of Hames       255
10             Law Firm (28 pages).
```

94

```
 1   the --
 2   Q        Yes.
 3   A        -- little cul-de-sac, that is
 4   number 5.
 5            MR. TURNER:  The one that is like
 6   further south.
 7   Q        (Ms. McGowan)  And it's turned
 8   different too; correct?
 9   A        Yes, yes.
10            MS. DANLEY:  And then there's
11   sheds around it?
12            THE WITNESS:  It's perpendicular
13   to the road.  It has a little shed beside
14   it.
15   Q        (By Ms. McGowan)  Uh-huh.
16   A        It has a back porch with a
17   covered roof and an additional deck there.
18            It had a little pool behind it.
19   And I bought number 5 and I had that pool
20   dismantled.
21   Q        Who did you buy it from?
22   A        Oh, what were their names?  I
23   forget.  It was the -- the man that owned
```

95

```
 1   that trailer number 5 had died.  And he had
 2   left it to his son and daughter, neither
 3   one of whom wanted it.
 4            And they had let their -- one of
 5   their children, the grandson of the
 6   original owner, live in it.  And then he
 7   left to go like work on an oil rig or
 8   something.
 9            And so when I took over in 2018
10   I, you know, was inquiring about what about
11   this place.
12            And I had to search and find out,
13   you know, who owned it and get in touch
14   with them and neither one of them wanted
15   it.  So I bought it from them.
16   Q        Did -- so you just bought the
17   trailer?
18   A        Well, Hames Marina did not buy
19   the trailer, I'm sorry.
20   Q        Hames Marina didn't buy it?
21   A        Hames Marina did not buy the
22   trailer.
23   Q        You, personally, bought it?
```

96

```
 1   A        Yes.
 2   Q        So coming on around, is that a
 3   little shed, first, before you get to the
 4   next trailer?
 5   A        No.  That is a trailer with a big
 6   tree beside it.
 7   Q        All right.
 8   A        So that tree is obstructing 4B.
 9            MR. TURNER:  You're talking about
10   where there's just like a little shade of
11   gray?
12            THE WITNESS:  Yeah.  Where you
13   just see a tiny, little bit of a roof
14   sticking out from a big green patch.
15   That's 4B, big shade tree.
16            And then the smaller, white roof,
17   that's an RV, but back in 2018 there was a
18   trailer there.
19   Q        (By Ms. McGowan)  What lot is
20   that?
21   A        4A.  That trailer that was in 4A
22   is gone and now there's an RV in that lot.
23   Q        Did you own the 4A trailer or did
```

97

```
 1   someone else own it?
 2   A        Randy Hames owned it.
 3   Q        What happened to it?
 4   A        Gave it away.
 5   Q        To whom did he give it?
 6   A        The same person that I gave
 7   number 14 to.  I don't recall his name.
 8   Q        Was it a tenant that you gave it
 9   to or just someone that came and hauled
10   stuff off?
11   A        Someone that hauled stuff off.
12   Q        All right.  All right.  Then
13   you've got a gray roof.
14            Is that a trailer?
15   A        Yes.  That's Lot No. 3.
16            And then the one that is parallel
17   -- the next one is parallel with the --
18   with the driveway.  And that's number 2.
19            And then the next one parallel is
20   underneath the words beside the red pen.
21   Q        Uh-huh.
22   A        And the trailer underneath the
23   words is trailer number 1.
```

### Page 98

```
 1  Q      Are these all the trailers that
 2  are -- that were part of Hames Marina, LLC
 3  in 2018?
 4  A      These are all the trailers that
 5  were part of Hames Mobile Home Park.
 6  Q      All right.
 7  A      All right.  If you keep going
 8  down the little road there.  You see that
 9  loop, and you see all these little trailers
10  and some RV's parked around and inside of
11  the loop?
12  Q      Yes.
13  A      Those were tenant owned trailers
14  and RV's.  And those people were renting
15  lots.  And those were -- those are
16  seasonal.  All those --
17  Q      Inside?
18  A      -- inside and around the loop are
19  seasonal.
20         If you come down to the -- to the
21  bottom of the loop and you see one trailer
22  right here on the (indicating) -- see that
23  trailer right there (indicating) --
```

### Page 99

```
 1  Q      Right.
 2  A      -- that is parallel to the
 3  lake --
 4  Q      Yes.
 5  A      -- that's -- that's Randy's
 6  trailer.
 7  Q      And that's the trailer he's owned
 8  and had for years; right?
 9  A      Yes.
10         MS. DANLEY:  Are these numbered?
11  I'm sorry.
12  Q      (By Ms. McGowan)  Are these lots
13  numbered where his trailer is?
14  A      His trailer is not in a numbered
15  lot, no.
16  Q      What about the R -- the RV lots
17  and --
18  A      The other little trailers, they
19  are numbered.
20  Q      But none of them are owned by
21  Hames Marina, LLC?
22  A      No.
23  Q      They're all independently owned
```

### Page 100

```
 1  trailers?
 2  A      Independently owned.
 3         And Hames Maria does not own all
 4  the trailers up in the home park either,
 5  just some.
 6  Q      Which in the mobile home park
 7  area in 2018 did Hames Marina own?
 8  A      Okay.  Number 1.  I'm just going
 9  to circle.
10  Q      Yeah.
11  A      Okay.
12  Q      Just circle them.
13  A      Yeah.  Number 1, 4A -- wait, I'm
14  sorry.
15         Hames Marina did not own any of
16  these trailers.  Randy Hames owned the
17  trailers.
18         So Randy Hames owned -- do you
19  want me to tell you which trailers Randy
20  Hames owned?
21  Q      Yes.
22  A      Okay.  So Randy Hames owned
23  trailer number 1.
```

### Page 101

```
 1         Randy Hames owned 4A and 4B.
 2         Randy Hames owned number 6,
 3  number 7.
 4         Randy Hames owned number 8,
 5  number 9, number 10.
 6         Randy Hames owned number 11,
 7  number 12, number 14 and number 15.
 8         And numbers 14 and 4A --
 9  Q      Are no longer there?
10  A      -- are no longer there.
11         And Randy Hames sold those
12  trailers to Miranda ███.
13  Q      All these trailers that were
14  owned by Randy Hames were managed by Hames
15  Marina, LLC; correct?
16  A      Yes.
17  Q      Was where any kind of written
18  agreement with Randy Hames and Hames
19  Marina, LLC where they would pay him for
20  use of his property to rent it out and
21  manage it?
22  A      No.
23  Q      And Randy Hames owned all this
```

```
                                                102
 1   property; correct?
 2   A      Yes.
 3   Q      I think yesterday you said Hames
 4   Marina, LLC didn't really own anything
 5   other than a cash register and some racks,
 6   shelf racks --
 7          MR. TURNER:  I think she added a
 8   truck to that.
 9          THE WITNESS:  And a pickup truck.
10          Hames Marina would buy
11   replacement appliances for like a rental
12   mobile home.  When a -- like if a
13   refrigerator went out they'd buy a new
14   refrigerator.
15          I believe one time when Randy's
16   box blade was stolen Hames Marina bought a
17   new box blade so that he could grade the
18   road.
19   Q      (By Ms. McGowan)  When was the
20   last time Hames Marina, LLC owned a
21   vehicle, whether a car or a truck?
22   A      I don't recall at this time.
23   Q      Who would know?
```

```
                                                103
 1   A      Randy.
 2   Q      Do you know whether in 2018 there
 3   were any cars or trucks owned by Hames
 4   Marina, LLC that were still functioning or
 5   operating?
 6   A      I don't believe so.
 7   Q      Do you know if any were purchased
 8   in 2018?
 9   A      By Hames Marina?
10   Q      Yes.
11   A      No.
12   Q      None were purchased or you don't
13   know?
14   A      None were purchased.
15   Q      Do you know if any were purchased
16   in 2017?
17   A      I don't believe any were
18   purchased in 2017 by Hames Marina.
19   Q      Do you know if Hames Marina, LLC
20   had insurance coverage on any of this
21   property that it was managing?
22   A      Hames Marina had an insurance
23   policy.
```

```
                                                104
 1   Q      For what?
 2   A      Hames Marina had a, I believe, a
 3   liability policy.  And I believe Hames
 4   Marina had insurance -- I'm -- that may be
 5   all.  That may be just the -- I can't
 6   remember, at this time, if there was more
 7   than just a liability policy.
 8   Q      Did -- was that liability policy
 9   in effect when you started managing?
10   A      Yes.
11   Q      What became of that liability
12   policy?
13   A      It was canceled for Hames Marina
14   and I started a new policy with the same
15   company for Marina Management.
16   Q      Was it the exact same policy that
17   you started or did you increase any --
18   A      Are you asking Hames Marina?
19          MR. TURNER:  You mean the same
20   coverages or --
21          MS. MCGOWAN:  Yes, same coverage,
22   yeah.
23          THE WITNESS:  Yeah.
```

```
                                                105
 1   Q      (By Ms. McGowan)  What's the name
 2   of the company, the insurance company?
 3   A      Oh --
 4          MR. TURNER:  I know the name if
 5   you really want to know.
 6          THE WITNESS:  I can't remember
 7   the name of the company.  You just write a
 8   check once a year.  So it's -- it's not a
 9   name that I see over and over and over.
10   Q      (By Ms. McGowan)  Did you -- is
11   there a local agent that you used?
12   A      Yes.  Well, not -- I mean, the
13   agent is in Decatur, Alabama --
14   Q      Who is the agent?
15   A      -- if that's local.
16          You know, I don't recall his name
17   right now.
18   Q      What this an insurance company
19   that Randy had chosen and was using for
20   Hames Marina, LLC?
21   A      I believe Carolyn chose it.
22   Q      But it had been used for a long
23   time?
```

**106**

1  A      Yes.
2  Q      And you just used the same
3  company when you cancelled it and started
4  the new liability policy?
5  A      Yes.
6  Q      When Hames Marina, LLC was shut
7  down, dissolved, did Marina Management
8  assume any of its assets and liabilities?
9  A      Please be more specific.
10 Q      Did Marina Management take over
11 any of the assets of Hames Marina?
12 A      Yes.  The fixtures that were in
13 the old store building were left.  And any
14 replacement appliances that were in rental
15 mobile homes were left.
16 Q      Anything else?
17 A      Not that I can recall at this
18 time.
19 Q      Did Marina Management take over
20 any liabilities of -- or any liabilities of
21 Hames Marina Management?
22 A      You mean like a --
23 Q      I mean, Hames Marina, LLC.

**107**

1  A      -- what -- what do you mean by a
2  liability?
3  Q      Anything, debts owed, potential
4  risks, potential claims, anything.
5  A      No.
6  Q      Was there any written
7  documentation or agreement between Hames
8  Marina, LLC and Marina Management over the
9  taking over of their assets or liabilities?
10 A      No.
11 Q      Are there any written documents
12 between the two companies, Hames Marina and
13 Marina Management, regarding any -- how
14 they would operate or function together?
15 A      No.
16 Q      Where is the store?
17 A      Okay.  On the picture, you know
18 the mobile home I pointed out as Randy's --
19 Q      Yes.
20 A      -- trailer?
21        To the left of it there's a dark
22 roof.  See that little -- that little dark
23 roof there (indicating), that's it.

**108**

1  Q      Can you label that?
2         MR. TURNER:  Can you show me --
3  Q      (By Ms. McGowan)  Is it still
4  there?
5  A      Yes, yes.  It's a cinder block
6  building and it's still --
7  Q      Is it open?
8  A      No.
9         MR. TURNER:  Okay.  Then there's
10 like a little dock --
11        THE WITNESS:  It's real hard to
12 see.
13        MR. TURNER:  -- that's --
14        THE WITNESS:  Yes.  You see a --
15 from the --
16 Q      (By Ms. McGowan)  Is there a tree
17 over it or something?
18 A      Yes, yes, there's a huge, old oak
19 tree there.
20 Q      So it's up on the road, it's not
21 down on the water?
22 A      The block building is right
23 beside the road.  And then there is some --

**109**

1  like a little walkway, a couple of steps
2  and a -- and down to that a little boat
3  dock there (indicating).
4  Q      Correct.
5  A      That's where the gas pump is --
6  Q      So that's a dock out --
7  A      -- on that little --
8  Q      -- in the water?
9  A      Yes.
10        And then to the left of it you
11 see a rather large dock.  That is a dock
12 that is being built or repaired by
13 Flotation Systems.  They often use this
14 launch site to assemble their docks.
15 Q      But it's not a permanent?
16 A      No, no.  That right there
17 (indicating) is a -- it's like -- it's
18 looks like it's almost up on the bank of
19 the launch ramp --
20 Q      Right.
21 A      -- because it's -- it's either
22 being constructed or repaired.
23        And then over here (indicating),

```
                                                   110
 1  do you see this large white rectangle to
 2  the left of the launch ramp?
 3  Q        Yes.
 4  A        That is the boathouse where the
 5  -- where there's six wet boat slips.
 6  Q        And that boathouse was owned and
 7  managed and operated by Marina Management
 8  -- I mean Hames Marina?
 9  A        That boat dock --
10  Q        The wet slip is managed by --
11  A        -- was -- was -- it was managed
12  by Hames Marina.
13  Q        Correct.
14           Is it sill managed by Hames
15  Marina?
16  A        No, Hames Marina doesn't exist
17  anymore.
18  Q        Is it -- did Marina Management
19  take it over, the boat slips, the wet boat
20  slips?
21  A        No.
22  Q        Who took over that?
23  A        The -- the wet boat slips are
```

```
                                                   111
 1  attached to one acre here.  It's this --
 2  this square (indicating).  I don't know if
 3  you see this little square right here
 4  (indicating).
 5  Q        Uh-huh.
 6  A        This one acre is a separate one
 7  acre.  And this one acre and the attached
 8  boat slips belong to Angela Sahurie.
 9  Q        Did Marina -- I mean, did Hames
10  Marina, LLC, enter into any agreement with
11  Angela Sahurie to take over the management
12  of it?
13  A        No.
14           MS. DANLEY:  Can we run through
15  this real -- Kile, do you mind if I just
16  run through it real quick?
17           MR. TURNER:  That's fine.
18           MS. DANLEY:  Can you go up from
19  Randy Hames' trailer, the first one, what
20  number is that?
21           THE WITNESS:  Oh, good grief, let
22  me think.  I'll label them all out for you.
23  That will be easier for me.
```

```
                                                   112
 1           MS. MCGOWAN:  Okay.
 2           THE WITNESS:  This map is so
 3  small a lot of them are shaded with trees.
 4  It's --
 5           MR. TURNER:  Well, would it help
 6  if I pulled this up on my computer and then
 7  you could look at it that way?
 8           THE WITNESS:  Yeah.
 9           MR. TURNER:  You might have a
10  bigger --
11           THE WITNESS:  Yeah.
12  Q        (By Ms. McGowan)  How many lots
13  were -- did -- Hames Marina, LLC, whether
14  there was like a trailer on it that owned
15  by them or owned by somebody else, how many
16  trailer lots did it rent?
17  A        Well, that's hard to say exactly
18  because some of the lots became unusable
19  over the years.  So they are -- they are
20  numbered up to number 49, but they -- they
21  don't all exist.
22           Some of the numbers don't exist
23  anymore because those lots became unusable.
```

```
                                                   113
 1  Q        Why did they become unusable?
 2  A        Well, there use to be more lots
 3  in this -- in this center section, in the
 4  middle of the loop, there use to be more
 5  lots.
 6           And then at one time my mom and
 7  dad had like a bulldozer excavate out the
 8  front tip there to create more parking for
 9  trucks with boat trailers.
10           So they -- there use to be, I
11  think, a couple of more lots there and they
12  excavated out.  And so those lots either
13  disappeared or became unusable to make more
14  parking.
15  Q        And you're counting --
16  A        And --
17  Q        -- let me interrupt you real
18  quick.
19  A        Okay.
20  Q        You're counting in the 49 lots
21  the RV lots too?
22  A        I'm counting these in and around
23  the loop, I'm not counting the RV Park.
```

114

```
 1  The RV Park is separate.
 2  Q       But I think you said this was RV
 3  and then --
 4  A       I said some of them are trailers
 5  and some of them are RV's.
 6  Q       All right.
 7  A       -- but these are all long-term
 8  people.  These are people who -- I mean,
 9  they pay month to month.  You know, they
10  could -- they could pull out tomorrow, but
11  most of them choose to stay for multiple
12  years.  They put the power meter in their
13  name.
14          The actual RV Park, if you'll
15  look off to the right of all this, and
16  you'll see a -- a circular flat area,
17  that's the old RV Park.  The road comes
18  from the -- from the road here (indicating)
19  it comes down this hill (indicating) and
20  then it circles around in this flat field.
21          My grandfather use to farm that
22  field.  So it was -- it was cleared and
23  flat.
```

115

```
 1  Q       All right.  So let's just do
 2  this.  Let's drop --
 3          MS. DANLEY:  In 2018 forward --
 4  Q       (By Ms. McGowan)  2018 there was
 5  no RV park?
 6          MS. DANLEY:  -- forward, was this
 7  an RV park?
 8          THE WITNESS:  It was there, but
 9  it wasn't operated.
10  Q       (By Ms. McGowan)  Can you draw a
11  knot down and says -- a line down and say,
12  "Old RV park?"
13  A       Yes.  (Witness complies).
14  Q       And in 2017 and '18 the RV Park
15  was not operational?
16  A       No, it was not.
17  Q       All right.  Now, these --
18  A       Randy -- Randy would let his
19  grandson's Boy Scout's troops camp there.
20  Q       But you weren't getting income
21  off it?
22  A       No.
23  Q       All right.  So with regards to
```

116

```
 1  this -- where does -- this road here
 2  (indicating) that's two fifty -- is it 261
 3  or 251?
 4          251?
 5  A       251.
 6  Q       Is this part of Hames' property
 7  or is that someone else?
 8  A       No, no, that's something else.
 9  Q       Because there's a boat dock there
10  too; correct?
11          It looks like the road goes into
12  the water?
13  A       Yes.  That's a -- that's a
14  neighboring landowner.
15  Q       Okay.  So the boat dock for --
16  that Hames Marina, LLC was operating was
17  this one right here (indicating) that came
18  down by the store; correct, the boat
19  launch?
20  A       This -- this little, skinny one
21  that had a gas pump on it coming out from
22  the store.
23  Q       That was a pier; right?
```

117

```
 1  A       Yes, that was a pier with a gas
 2  pump on it.
 3  Q       I'm talking about where they
 4  launched the boats?
 5  A       Yes, yes, this -- this ramp right
 6  here (indicating).
 7          MS. DANLEY:  That concrete.
 8  Q       (By Ms. McGowan)  That
 9  concrete --
10  A       Uh-huh (affirmative response).
11  Q       -- can you write down boat
12  launch?
13  A       Boat ramp, sure.
14  Q       Boat ramp, whatever you want to
15  call it.
16  A       (Witness complies).
17  Q       And I'll tell you what, what
18  we'll do instead of wasting time on the
19  record doing that, during lunch break I'll
20  just get you to label these trailers, these
21  other ones, the lots and we'll go back to
22  that.  Okay?
23  A       Okay.
```

**Page 118**

1  Q    Because we're -- it's a taking a
2  lot of time and time is precious.
3  A    I know.  I've -- I've got all
4  day.
5  Q    Any of these individual trailers
6  owned by Mr. Pate?
7  A    Mr. Pate rented number 7.
8  Q    Is Mr. Pate still a tenant?
9  A    Yes, he's a tenant of Marina
10 Management Company.
11 Q    Still renting number 7?
12 A    Yes.
13 Q    Autumn Hansen, which one did she
14 rent?
15 A    She owned number 2 and rented the
16 lot.
17 Q    Is that same trailer still there?
18 A    It is.
19 Q    Who owns the trailer now?
20 A    She sold it to Isaac White.
21 Q    When did she sell?
22 A    The summer of 2018.
23 Q    Where -- when you come in to turn

**Page 119**

1  into where the trailers are --
2  A    Yes.
3  Q    -- is this road, the entrance --
4  there appears to be, at the end of the
5  lane, something coming in.
6       Where do you turn in?
7  A    You turn in right here
8  (indicating), but there's a kind of a drive
9  right here (indicating) because the -- when
10 trailer movers come in they -- they can't
11 make that 90 degree turn.  They need a
12 longer --
13 Q    Right.
14 A    -- less severe turn to be able to
15 bring in a truck and a mobile home.
16 Q    So it's kind of a -- do the
17 residents use that or is that just used
18 with --
19 A    The residents in 15 and 16A will
20 use that.
21 Q    If someone is going to sell their
22 trailer and have a new person move into it,
23 did Hames Marina have to approve the new

**Page 120**

1  tenant?
2  A    Yes.
3  Q    Did they have to approve the sale
4  or just approve the new tenant?
5  A    Just approve the new tenant.
6  Q    Were there any policies or -- in
7  place for people if they wanted to sell
8  their units that were renting from you?
9       Did you -- how did they know that
10 you had to approve the new tenant?
11 A    That was verbally communicated.
12 Q    Who communicated that with them
13 in 2015?
14 A    Randy Hames.
15 Q    Who communicated in 2016?
16 A    Randy Hames.
17 Q    '17?
18 A    Randy Hames.
19 Q    '18?
20 A    Randy Hames and then Miranda
21 ███.
22 Q    When you became the manager, how
23 did the tenants know that you had taken

**Page 121**

1  over as manager for Hames Marina?
2  A    Well, for the ones who were
3  living there, I told them verbally.
4       And I put up a sign at the
5  entrance of the trailer park that said,
6  Under new management.
7  Q    Where did you put up the sign?
8  A    As you're coming in this road
9  here (indicating) I put it right here on
10 the corner by Lot No. 1 --
11 Q    What did you put it on?
12 A    -- at the entrance.
13      The little wire stakes that stick
14 in the ground.  I just stuck it in the
15 ground.  It came with little wire stakes.
16 Q    How big was this sign?
17 A    About this big (indicating) or
18 that big (indicating).
19 Q    What did the sign actually say?
20 A    Under new management.
21 Q    Did it have the new management
22 name?
23 A    No.