# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **RANDY HAMES and HAMES MARINA, d/b/a HAMES MARINA AND MOBILE HOME PARK,** <br><br> Defendants. | **CASE NO.: 5:18-cv-01055-CLS** |
| **TOMEKA BARTLETT and KAYLA CARREKER** <br><br> Plaintiffs, <br><br> v. <br><br> **RANDY HAMES and HAMES MARINA, d/b/a HAMES MARINA AND MOBILE HOME PARK, et al.** <br><br> Defendants. | **CASE NO.: 2:18-cv-01096-CLS** |

**UNITED STATES' INDEX OF EVIDENTIARY MATERIALS IN SUPPORT OF UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR P SUMMARY JUDGMENT**

Pursuant to Appendix II, Summary Judgment Requirements at 7, paragraph A, the United States, by and through the undersigned counsel, respectfully submits the following Index of Evidentiary Materials in support of its Response in Opposition to Defendants' Motion for Summary Judgment.

## Index of Evidentiary Materials

**Exhibit 1**:  Defendants' Response to United States Interrogatory No. 7

**Exhibit 2**:  Cullman Police Department Records related to May 8, 2015 B.L. Allegations of Sexual Assault by Randy Hames

**Exhibit 3**:  Hames Marina Eviction Notice Issued to B.L. dated May 9, 2015

**Exhibit 4**:  Hames Marina Eviction Notice Issued to A.S. dated September 12, 2016

**Exhibit 5**:  Hames Marina Eviction Notice Issued to A.G. dated October 9, 2014.

**Exhibit 6**:  Hames Marina Statement of Claim filed against J.R., 25-SM-213-099404.00

**Exhibit 7**:  Hames Marina Unlawful Retainer Filed against T.R., DV11-270

**Exhibit 8**:  Hames Marina Small Claim Action Filed Against J.W., SM-341

**Exhibit 9:**  Cullman Sheriff's Office Report No. AL0250000 Related to K.G. Allegations of Sexual Abuse by Randy Hames

**Exhibit 10:**  Hames Marina Unlawful Detainer Action filed against S.G.

**Exhibit 11**:  Deposition 30(b)(6) Testimony of Marina Management (Designee Miranda Hames Self) (December 22, 2021)

**Exhibit 12:**  Deposition Testimony of M.W. (March 11, 2020)

Dated:  April 30, 2021

                                                    Respectfully submitted,

| | |
|---|---|
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | PAMELA S. KARLAN<br>Principal Deputy Assistant Attorney General<br><br>SAMEENA SHINA MAJEED<br>Chief |
| JASON R. CHEEK<br>Deputy Chief | MICHAEL S. MAURER<br>Deputy Chief |
| *s/ Carla C. Ward*<br>_____<br>CARLA C. WARD<br>Assistant U.S. Attorney<br>Northern District of Alabama<br>1801 4th Avenue North<br>Birmingham, AL 35203<br>Phone: (205) 244-2185<br>Fax: (205) 244-2181<br>Carla.Ward@usdojgov | *s/ Elise Sandra Shore*<br>_____<br>ELISE SANDRA SHORE<br>ERIN MEEHAN RICHMOND<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>4CON, Suite 8.1164<br>Washington, DC 20530<br>Phone:  (202) 305-0070<br>Fax:  (202) 514-1116<br>E-mail:<br>Elise.Shore@usdoj.gov<br>Erin.Richmond@usdoj.gov<br>Attorneys for Plaintiff<br>United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the CM/ECF system on counsel of record, including counsel listed below, in *United States v. Randy Hames et al.,* No. 5:18-cv-01055-CLS, consolidated with *Tomeka Bartlett, et al. v. Randy Hames, et al.*, No. 2:18-cv-01096-CLS (N.D. Ala.), on April 9, 2021.

>Kile T. Turner
>Norman, Wood, Kendrick & Turner
>Ridge Park Place, Suite 3000
>Birmingham, AL 35205
>
>Joseph E. Stott
>Stott & Harrington, PC
>2637 Valleydale Road, Suite 100
>Birmingham, AL 35244
>
>Greg Yaghmai
>Yaghmai Law, LLC
>2081 Old Columbiana Road
>Birmingham, Alabama 35216
>
>Candis McGowan
>Lacey Danley
>Wiggins, Childs, Pantazis, Fisher & Goldfarb
>The Kress Building
>301 19th St., North
>Birmingham, AL 35203
>
>R. Champ Crocker
>207 2nd Avenue S.E.
>Cullman, AL 35055

*s/ Elise Sandra Shore*
ELISE SANDRA SHORE
Trial Attorney
Housing & Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M St., NW
Suite 8.1164
Washington, DC 20530
Phone:  (202) 305-0070
Fax:  (202) 514-1116
E-mail: Elise.Shore@usdoj.gov