FILED
2024 Jan-08 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RANDY HAMES and HAMES MARINA, d/b/a HAMES MARINA AND MOBILE HOME PARK,**<br><br>**Defendants.** | **CASE NO.: 5:18-cv-01055-CLS**<br><br>**UNITED STATES' STATEMENT OF DAMAGES, CIVIL PENALTY, AND OTHER NON-MONETARY RELIEF** |

COMES NOW, Plaintiff United States, and hereby submits the following Statement of Damages and other Non-Monetary Relief, consistent with the Court's Pretrial Order dated October 31, 2023, Exhibit B, Doc. No. 204, at 15:

The United States seeks compensatory and punitive damages on behalf of fourteen women who contend that Randy Hames sexually harassed them when they resided or applied to reside at Hames Marina and Mobile Home Park. *See* 42 U.S.C. § 3614(d)(1)(B).[1] Specifically, the United States plans to ask the jury to award $800,000 in compensatory damages – or an average of $57,000 per aggrieved person. The amount sought is based on the sexual harassment each

[1] As noted in the Pretrial Order, should the jury find Hames liable, in addition to compensatory damages it will determine the appropriate amount of punitive damages to punish Hames and deter others from engaging in similar conduct. See October 30, 2023 Pretrial Order, Doc. No. 204, at 6, n.8.

aggrieved person experienced – and will testify to – as set forth in Exhibit A to the Court's Pretrial Order dated October 31, 2023 (Doc. No. 204). This amount includes compensation for emotional distress, embarrassment, humiliation, inconvenience, out-of-pocket losses, economic costs, and lost housing opportunities.

Should the jury find that Hames violated the Fair Housing Act, the United States will ask the Court to impose a civil penalty of up to $123,965 against him to vindicate the public interest. *See* 42 U.S.C. § 3614(d)(1)(C); 28 C.F.R. § 85.5.

Finally, should the jury find that Hames violated the Fair Housing Act, the United States will also ask the Court to impose injunctive relief under 42 U.S.C. § 3614(d)(1)(A), including an injunction (1) permanently enjoining him from engaging in discrimination on the basis of sex and (2) directing him to take actions (or to refrain from taking actions) necessary to prevent the recurrence of the discriminatory conduct in the future and to eliminate the effects of his unlawful conduct to the extent practicable.[2]

The United States reserves the right to amend this Statement as appropriate.

Dated: January 8, 2024

Respectfully submitted,

PRIM F. ESCALONA KRISTEN CLARKE

[2] *See* Doc. No. 189 (March 6, 2023 Memorandum Opinion), at 15-20 (holding that the Government's claim for injunctive relief was not moot).

United States Attorney
Northern District of Alabama

JASON R. CHEEK
Chief

*s/ Carla C. Ward*
CARLA C. WARD
Deputy Chief
United States Attorney's Office for the Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203
Phone: (205) 244-2185
Fax: (205) 244-2181
Email: Carla.Ward@usdoj.gov

Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief

MICHAEL S. MAURER
Deputy Chief

*s/ Elise Sandra Shore*
ELISE SANDRA SHORE
ALAN A. MARTINSON
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW – 4CON
Washington, DC 20530
Phone: (202) 598-9264
Email: Elise.Shore@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Alan A. Martinson*
ALAN A. MARTINSON
Attorney for the United States