IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY HAMES and HAMES MARINA, d/b/a HAMES MARINA AND MOBILE HOME PARK,<br><br>Defendants. | CASE NO.: 5:18-cv-01055-CLS<br><br>UNITED STATES' EXHIBIT LIST |

COMES NOW, Plaintiff United States, and hereby submits the following Exhibit List, consistent with the Court's Pretrial Order dated October 31, 2023, Exhibit B, Doc. No. 204, at 16-18:

| | **Will Offer** |
|---|---|
| **Ex. No.** | **Exhibit** |
| 1 | Uncontested Facts |
| 2 | Plaintiff United States' Exhibit 1 to Deposition of Randy Hames (United States' Requests for Admission with Defendant Randy Hames' Responses) |
| 3 | United States' Requests for Admission with Defendant Hames Marina Responses |
| 4 | Plaintiff United States' Exhibit 6 to the Deposition of Randy Hames (CSO-00000177-183) |
| 5 | Plaintiff United States' Exhibit 7 to the Deposition of Randy Hames (US00000064-65) |

| 6 | Plaintiff United States' Exhibit 8 to the Deposition of Randy Hames (US-00000072) |
|---|---|
| 7 | Plaintiff United States' Exhibit 10 to the Deposition of Randy Hames (Hames 000169) |
| 8 | Plaintiff United States' Exhibit 12 to the Deposition of Randy Hames (US-00000201-202) |
| 9 | Plaintiff United States' Exhibit 15 to the Deposition of Randy Hames (US-00000258-59) |
| 10 | Plaintiff United States' Exhibit 16 to the Deposition of Randy Hames (US-00000260-61) |
| 11 | Plaintiff United States' Exhibit 17 to the Deposition of Randy Hames (US-00000262-263) |
| 12 | Plaintiff United States' Exhibit 18 to the Deposition of Randy Hames (US0000287) |
| 13 | Plaintiff United States' Exhibit 19 to the Deposition of Randy Hames (US000000268) |
| 14 | Plaintiff United States' Exhibit 20 to the Deposition of Randy Hames (Hames 000143) |
| 15 | Plaintiff United States' Exhibit 21 to the Deposition of Randy Hames (US-00000060) |
| 16 | Plaintiff United States' Exhibit 22 to the Deposition of Randy Hames (US-00000102-103) |
| 17 | Plaintiff United States' Exhibit 23 to the Deposition of Randy Hames (AS US-00000148-49) |
| 18 | Plaintiff United States' Exhibit 24 to the Deposition of Randy Hames (US-00000175-176 |
| 19 | Plaintiff United States' Exhibit 26 to the Deposition of Randy Hames (US-00000033) |
| 20 | Plaintiff United States' Exhibit 27 to the Deposition of Randy Hames (US-00000053) |
| 21 | Audio Recording from December 2019 (CSO-00000292) |
| 22 | Unlawful Detainer (US-00000070-71) |
| 23 | Unlawful Detainer (US-00000073) |
| | **May Offer** |
| 24 | United States' First Set of Interrogatories with Defendant Randy Hames' Responses |

| | |
|---|---|
| 25 | Defendant Randy Hames' Supplemental Responses to Private Plaintiff's First Interrogatories and Requests for Production |
| 26 | Promissory Note dated April 24, 2015 (US-00000277) |
| 27 | Plaintiff United States' Exhibit 11 to the Deposition of Randy Hames (CPD-0000001-06; CPD-00000031-32) |
| 28 | Photo – Hames Marina (CSO-00000289) |
| 29 | Photo – Randy Hames (CSO-00000235) |
| 30 | Defendant's Exhibit DX3 to the Deposition of Marie Watson (CS0-00000346-350) |
| 31 | Private Plaintiffs' Exhibit 60 to the Deposition of Randy Hames (Supp. Initial Disclosures – PrivP000271-277; US0000012-13) |
| 32 | Private Plaintiffs' Exhibit 61 to the Deposition of Randy Hames (Supp. Initial Disclosures – PrivP000265-270) |
| 33 | Photo (Suppl Initial Disclosures – PrivP000178) |
| 34 | Photo (Suppl. Initial Disclosures – PrivP000180) |
| 35 | Deposition Transcript of Randy Hames, January 14, 2021 |
| 36 | Deposition Transcript of Randy Hames, February 17, 2021 |
| 37 | Deposition Transcript of Hames Marina, L.L.C., December 21, 2020 |
| 38 | Deposition Transcript of Hames Marina, L.L.C., December 28, 2020 |
| 39 | Plaintiff United States' Exhibit 4 to Deposition of Randy Hames; Private Plaintiffs' Exhibit 2 to Deposition of Hames Marina, L.L.C. (Map of Hames Marina) |
| 40 | March 23, 2018 Petition for Interim Suspension (Hames 004412-4413) |
| 41 | Expert Report of Dr. Richard Riley dated October 13, 2020 (Original Report) (US-00000204-257) |
| 42 | Original Report Chart - p. 7 (US-00000211) |
| 42 | Original Report Chart - p. 9 (US-00000213) |
| 44 | Original Report Chart - p. 11 (US-00000215) |
| 45 | Original Report Chart - pp. 12-13 (US-00000216-17) |

| | |
|---|---|
| 46 | Original Report Chart – p. 14 (US-00000218) |
| 47 | Original Report Exhibit 1, Panel A - p. 1 (US-00000220-21) |
| 49 | Original Report Exhibit 2 - p. 1 (US-00000222) |
| 47 | Original Report Exhibit 3 – p. 1 (US-00000223) |
| 48 | Original Report Exhibit 4 – p. 1 (US-00000224-225) |
| 49 | Original Report Exhibit 5 -pp. 1-2  (US-00000225-226) |
| 50 | Supplemental Expert Report of Dr. Richard A. Riley, Jr. dated January 8, 2024 (Supplemental Report) (US-00000278-324) |
| 51 | Supplemental Report Chart - p. 7 (US-00000285) |
| 52 | Supplemental Report Chart - p. 8 (US-00000286) |
| 53 | Supplemental Report Chart - p. 9 (US-00000287) |
| 54 | Supplemental Report Exhibit 1, Panel A - p. 1 (US-00000290) |
| 55 | Supplemental Report Appendix A (US-00000292-293) |
| 56 | Supplemental Report Appendix B (US-00000294-324) |
| 57 | Audio Recording from December 2019  (CSO-00000293) |
| 58 | Lis Pendens (Initial Disclosures PrivP000001-3) |
| 60 | Lis Pendens (Initial Disclosures PrivP0000036-38) |
| 61 | Lis Pendens (Initial Disclosures PrivP0000039-44) |
|  | Any Exhibit on Defendant's List |
|  | Any Exhibit needed to rebut Defendant's Witnesses or Exhibits |

The United States reserves the right to amend this List as appropriate.

Date:  January 8, 2024                          Respectfully submitted,

PRIM F. ESCALONA                                KRISTEN CLARKE
United States Attorney                          Assistant Attorney General
Northern District of Alabama

JASON R. CHEEK                                  CARRIE PAGNUCCO
Civil Chief                                     Chief

*s/ Carla C. Ward*                              MICHAEL S. MAURER
_____                          Deputy Chief
CARLA C. WARD
Deputy Chief                                    *s/ Elise Sandra Shore*
Assistant U.S. Attorney                         _____
Northern District of Alabama                    ELISE SANDRA SHORE
1801 4th Avenue North                           ALAN A. MARTINSON
Birmingham, AL 35203                            Trial Attorneys
Phone: (205) 244-2185                           Housing and Civil Enforcement
Fax: (205) 244-2181                             Section
Carla.Ward@usdojgov                             Civil Rights Division
                                                U.S. Department of Justice
                                                950 Pennsylvania Avenue NW
                                                4CON, Suite 8.127
                                                Washington, DC 20530
                                                Phone:  (202) 305-0070
                                                Fax:  (202) 514-1116
                                                E-mail:
                                                Elise.Shore@usdoj.gov
                                                Alan.Martinson@usdoj.gov
                                                Attorneys for Plaintiff
                                                United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via the CM/ECF system on counsel of record, including counsel listed below, in *United States v. Randy Hames et al.,* No. 5:18-cv-01055-CLS, on January 8, 2024.

>Kile T. Turner
>Norman, Wood, Kendrick & Turner
>Ridge Park Place, Suite 3000
>Birmingham, AL 35205


>Greg Yaghmai
>Yaghmai Law, LLC
>2081 Old Columbiana Road
>Birmingham, Alabama 35216


>*s/ Elise Sandra Shore*
>ELISE SANDRA SHORE
>Trial Attorney
>Housing & Civil Enforcement Section
>Civil Rights Division
>U.S. Department of Justice
>150 M St., NW
>Suite 8.127
>Washington, DC 20530
>Phone:  (202) 305-0070
>Fax:  (202) 514-1116
>E-mail: Elise.Shore@usdoj.gov